UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Streicher,

                Plaintiff(s),

     -against –

Trans Union, LLC. et al,

                Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:22-CV-04849 (CS)

<u>Seibel, J.</u>

It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Barclays Bank Delaware)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Barclays Bank Delaware)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored. **As the settlement disposes of the claims as to the only remaining Defendant, the Clerk shall close the case.**

     **SO ORDERED**.

Dated: January 5, 2023
     White Plains, New York

                                          *Cathy Seibel*
                                          CATHY SEIBEL, U.S.D.J.